PbaesoN, C. J.
 

 Puller, being a free negro, was not competent as a witness,- and could not have been heard
 
 on oath,
 
 to prove the fact alleged, to wit, that he had agreed that Emory might take the possession. We are unable to see any principle upon which
 
 Ms
 
 naked statement, on the day after the matter occurred, is admissible to prove the fact; his statement is certainly not more to be relied on than his oath.
 

 While he was in possession, his statements in explanation, of the nature of such possession, would have been competent as part of the
 
 res gestae ;
 
 but after he was turned out, his statement in reference to a fact, alleged to have taken place before, is not aided by the principle of evidence referred to, and is a mere naked declaration in regard to a matter that had past, unsupported by any test of truth.
 

 There is no error. This will be certified.
 

 Pee OuRiAM, Judgment affirmed.